AO 245B  (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page **2** of **8**

DEFENDANT: Dillon E. Everman
CASE NUMBER: 6:21CR10068 - 003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 345 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:
At the request of the defendant, the Court recommends the defendant be designated to FCI Englewood, Colorado to participate in the treatment programs available for the defendant.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

**FILED**
U.S. District Court
District of Kansas

JAN 31 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

## RETURN

I have executed this judgment as follows:

Defendant delivered on ~~____~~ 12.27.2022 to USP Marion
at Marion, IL _____, with a certified copy of this judgment.

D. Sproul, Warden
UNITED STATES MARSHAL

By E. Baker, CSO
Deputy U.S. Marshal

U. S. MARSHALS SERVICE
RECEIVED
JAN 27 2023
DISTRICT OF KANSAS